IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| COREGIS INSURANCE COMPANY,<br>*Plaintiff,* | §<br>§<br>§ | |
| vs. | §<br>§ | |
| THE MARINE MILITARY ACADEMY,<br>INC., d/b/a THE MARINE MILITARY<br>ACADEMY; MAJ. GENERAL<br>HAROLD G. GLASGOW, LT. COL.<br>G. D. ANDERSEN; and COL. T. A.<br>HOBBS, Individually and as Officers of<br>MARINE MILITARY ACADEMY<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-021 |

## ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

Pursuant to **Order Setting Conference**, No. 2, are listed all entities known to Plaintiff that are financially interested in this litigation:

Plaintiff Coregis Insurance Company. A parent company of Coregis is General Electric Corporation.

Defendant The Marine Military Academy, Inc. d/b/a The Marine Military Academy.

Defendants Maj. General Harold G. Glasgow, Lt. Col. G. D. Andresen; and Col. T. A. Hobbs, Individually and as Officers of Marine Military Academy.

As a precaution, Coregis identifies the following group as persons who may have a financial interest in this litigation: the claimants (former cadets at The Marine Military Academy, and their parents and/or guardians), who have filed suit against Defendants here in various underlying litigation. The resolution of this coverage action may impact the source of indemnification of any settlements and/or judgments.

Respectfully submitted,

COREGIS INSURANCE COMPANY

BY: _____
Carlos H. Cisneros

Carlos H. Cisneros, Esq.
State Bar No. 00793508
Federal I.D. No. 21865
Charles E. Mattingly, Jr., Esq.
State Bar No. 00791202
Fed. Id. No. 20638
**CISNEROS & MATTINGLY, P.C.**
Local Counsel for Coregis Insurance Co.
845 E. Harrison St., Ste. "A"
Brownsville, Texas 78520
Tel. (956) 504-2260
Fax (956) 504-5988
*Email: cima_law@hotmail.com*

*Of counsel*
Jeffrey A. Goldwater, Esq.
Illinois State Bar No. 6189014
Carol L. Johnson, Esq.
Illinois State Bar NO. 6188497
**BOLLINGER, RUBERRY & GARVEY**
Firm's Federal Id. No. 6193694
Lead Counsel for Coregis Insurance Co.
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2511
Tel.    (312) 466-8000
Fax.    (312) 466-8001