4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISIONS

United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| COREGIS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE MARINE MILITARY ACADEMY,<br>INC., d/b/a THE MARINE MILITARY<br>ACADEMY; MAJ. GENERAL HAROLD G.<br>GLASGOW, LT. COL. G.D. ANDRESEN;<br>and COL. T.A. HOBBS, individually and as<br>Officers of MARINE MILITARY<br>ACADEMY,<br><br>Defendants. | CIVIL ACTION NO. B-02-021 |

NOTICE OF BANKRUPTCY FILING
AND APPLICATION OF THE AUTOMATIC STAY

Marine Military Academy, Inc., Debtor and Debtor-in-Possession ("Debtor"), hereby

files this "Notice of Bankruptcy Filing and Application of the Automatic Stay" ("Notice") to

inform the Court and parties that this action against the Debtor is stayed by the automatic stay of

11 U.S.C. § 362.  In support of this Notice, the Debtor states as follows:

1.       On May 23, 2000, the Debtor filed its voluntary petition for relief under Chapter

11 of the United States Bankruptcy Code, at case no. 00-05507-ECF-CGC.

2.       The Debtor continues to operate its business and manage its property(ies) as

debtor-in-possession under Bankruptcy Code §§ 1107 and 1108.

3.       Pursuant to 11 U.S.C. § 362(a), Coregis is enjoined and stayed from initiating or

continuing the above-referenced litigation.

4.       Actions taken in violation of the automatic stay are avoid *ab initio*.  *Contractors*

*State License Bd. of Cal. v. Dunbar (In re Dunbar)*, 245 F.3d 1058, 1062 n.2  (9th Cir. 2001).

ACCORDINGLY, this above captioned proceeding is stayed pursuant to 11 U.S.C. §

362(a).

DATED this 7th day of May, 2002.

- -

SNELL & WILMER L.L.P.

By _____

Christopher H. Bayley
Lori A. Schmig
Steven D. Jerome
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Attorneys for Marine Military Academy, Inc.

COPY of the foregoing mailed or e-mailed
this 9th day of May, 2002, to:

Carlos H. Cisneros, Esq.
Charles E. Mattingly, Jr., Esq.
Cisneros & Mattingly, P.C.
845 E. Harrison St., Ste. A
Brownsville, TX 78520
Local Counsel for Coregis Insurance Co.

Jeffrey A. Goldwater, Esq.
Carol L. Johnson, Esq.
Bollinger, Ruberry & Garvey
500 W. Madison St., Ste. 2300
Chicago, IL 60661-2511
Lead Counsel for Coregis Insurance Co.

Mitchell Chaney, Esq.
Norton A. Colvin, Jr., Esq.
Rodriguez, Colvin & Chaney
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520