# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| COREGIS INSURANCE COMPANY § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-021 |
| § | |
| THE MARINE MILITARY ACADEMY, § | |
| INC., ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the proceeding in this case set for the place, date, and time set forth below is **PASSED**:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 5, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 3, 2002

TO:   MR. CARLOS CISNEROS
      MR. CHARLES MATTINGLY
      MR. CHRISTOPHER BAYLEY