# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COREGIS INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-021 |
| | § | |
| THE MARINE MILITARY ACADEMY, | § | |
| INC., ET AL. | § | |

## ORDER

A Notice of Bankruptcy (Docket No. 4) having been filed in the above entitled and numbered cause, it is **ORDERED** that this case be **ADMINISTRATIVELY DISMISSED WITHOUT PREJUDICE.**

SIGNED at Brownsville, Texas, this 23rd day of September, 2002.

Filemon B. Vela
United States District Judge